THEODORE F. VAN DORN et al., Respondents, v. ROSCOE
CRARY, Appellant, Impleaded with Others.

*Commissions — sale of property belonging to two corporations — when
president of one corporation liable under oral agreement to personally
pay commissions.*

Von Dorn v. Crary, 198 App. Div. 931, affirmed.

(Argued May 4, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered August 12, 1921, affirming a judgment in favor
of plaintiffs entered upon a verdict. The action was to
recover brokers' commissions on the joint sale of 70,000
acres of timber lands of the East Lake Lumber Company,
and a large concrete sawmill and equipment, with a small
tract of land on which the mill stood, owned by the
defendant Dare Lumber Company. Defendant, appel-
lant, was president of the Dare Lumber Company and
his liability was predicated upon his alleged oral agreement
to personally pay the commissions.

*H. D. Hinman* for appellant.

*Nathan Ballin, William M. K. Olcott* and *Walter E.
Ernst* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE and ANDREWS, JJ. Dissenting:
HOGAN, J.